Allen David Saunder
(Name)

Atascadero State Hospital, UNIT #6, Room #20, P.O. Box 7001
(Address)

Atascadero, C.A., California, 93423-7001
(City, State, Zip)

K-76351, AT# 057680-1
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

**FILED**
APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

_____  )
(Enter full name of plaintiff in this action.)  )
                                                )
                              Plaintiff,        )   '08 CV 0748 IEG CAB
                                                )   Civil Case No. _____
       v.                                       )   (To be supplied by Court Clerk)
                                                )
                                                )
                                             ,  )
                                             ,  )   Complaint Under the
                                             ,  )   Civil Rights Act
                                             ,  )   42 U.S.C. § 1983
_____  ,         )
(Enter full name of each defendant in this action.)  )
                              Defendant(s).     )
_____            )

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, _____
   (print Plaintiff's name)
   , who presently resides at _____
   (mailing address or place of confinement)
   , were violated by the actions of the below named individuals. The actions were directed against Plaintiff at
   _____ on (dates) _____ , _____ , and _____ .
   (institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _____ resides in _____ ,
               (name)                                       (County of residence)
and is employed as a _____ . This defendant is sued in
                            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:


Defendant _____ resides in _____ ,
               (name)                                       (County of residence)
and is employed as a _____ . This defendant is sued in
                            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:


Defendant _____ resides in _____ ,
               (name)                                       (County of residence)
and is employed as a _____ . This defendant is sued in
                            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:


Defendant _____ resides in _____ ,
               (name)                                       (County of residence)
and is employed as a _____ . This defendant is sued in
                            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Count 2: The following civil right has been violated: __Medical male practice,__
__Sexual verbal assaults, Incompatible activity 3413. assault and Battery__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Dr. Dietch in "1999" caused medical male practice to me By puting me on the wrong medication that made me Incompetent at atascadero State Hospital also here I was assault and Battered here by phych.tech gonzalez, in "2007" here Dr. Bondey caused medical male practice by puting me on phych.meds here that caused Brain damage both DUI's Brain damaged me some that caused a stress disorder and phych.tech mendoza assault and Battered me in "2007" In "1998" at C.C.F. cookinga and pleasant Valley State prison the employements turned the Rothchild family ogaist me — in the State of california for an Incompatible activity 3413, for a huge scam con to earn mason Rank and degree and Illegal money that has caused a Big problem for me ever since. I also pick up beboreahic Dermatitis at auto Body and fender school in year "2003"-"2004" at Donavan State prison in california I still have it and they wont give me the cure for it. In year "2007" at california mens colony State prison in california. C.O. Shorter, C.O. T.Cook C.O. conley and other gaurds along with Dr. Dietch assault and Battered me with gaurds fitzpatrick, C.O.s willhites, C.O. castillo all gay homosexually gaurds that also constantly Sexually harrased me and Sexually verbally assaulted me, and Im here at atascadero State Hospital for the third time and Im not aloud to Be here everthing is illegal to put me here and all of everthing the State of california has done to me is Illegal ETC. and Kidnapping me to cause was JULY/1997" - aug 1998" - 2008 - 2008

The State of california is allways violating Saunders → law group P.C. 2275

Count 3: The following civil right has been violated: __Right to medical care__
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:**   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

   1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

_____

(d) Issues raised:

_____
_____
_____
_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

2. Damages in the sum of $ 100,000,000 . ? MAX
3. Punitive damages in the sum of $ 2.7 BiLLiLioN ? MAX
4. Other:

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.  JR. Barbara Jones

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

3-28-08
Date

Allen David Saunder
Signature of Plaintiff

§ 1983 SD Form
(Rev. 5/98)

7

::ODMA\PCDOCS\WORDPERFECT\22834\1

By Allen David Saunder

3-28-08   Princes Jones of germany
         Inigo Jones                    manhattan
   Lord Jones  Clans of England    Dow Jones  wall street
                                              N.Y. N.Y.

Please get me in court and out of this crazy nut house

my References

Love Allen David Saunder

private family Judges and attorneys

Jones and Jones law firm  831-373-3771
Jones and moyler of Rothschild  714-446 1400
JONES DAY  213-489-3939
James Maddox  213-380-3140
Barbara Jones J.R. Presiding JUSTICE
                           415-865-7320

private lawyers
Shelly Rothschild ♡  1901 avenue of the Stars
Suite #1900  West L.A. los angeles

my grandfather george Jones
my grandmother Helen Maddox Jones
          734-697 6126

please! please!
       clerks   Help!

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Allen David Saunders Sof Jones clans, maddox, Hibbs, Polour, CAJcowski_ declare:

I am over 18 years of age and a party to this action. I am a resident of _Atascadero State Hospital, On from dearborn M.i. 48128, moved to Hollywood Hills CA-_ Prison,

in the county of _San louis obispo, atascadero city 93422_,

State of California. My prison address is: _Atascadero State Hospital P.O. Box 7001, CA. / Wasco state prison P.O.Box 5700 Delano, CA 93280_
_Allen David Saunder AT# 057680-1, CA, UNIT 6, Room #20, 93423-7001_
CDC# K-76351 Bldg B-5, cell 114

On _3-28-08_,
(DATE)

I served the attached: _all Documents_

_____
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

_Atascadero State Hospital P.O. Box 7001 atascadero city, CA._
_Wasco State Prison P.O. Box 7700 delano CA. 93280_
_Yes Bld. 5 cell #114 AD-Seg._

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. _Yes_

Executed on _3-28-08_        _Allen David Saunder_
(DATE)                  (DECLARANT'S SIGNATURE)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.) 2254  1983

**I (a) PLAINTIFFS**

Allen David Saunder

DEFENDANTS

Dr. Dietch

FILING FEE PAID: Yes / No ✓
IFP MOTION FILED: Yes / No
COPIES SENT TO Court / Rose

FILED APR 23 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Allen David Saunder
PO Box 7700
Delano, CA 93280
K-76351

ATTORNEYS (IF KNOWN)

'08 CV 0748 IEG CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE                                     Docket Number

DATE  4/23/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller