PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT

ADDRESS

2254____ 1983
FILING FEE PAID
Yes____ No ✓
IFP MOTION FILED
Yes ✓ No
COPIES SENT TO
Court ✓ ProSe

FILED
APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

|                                  |                                                           |
|----------------------------------|-----------------------------------------------------------|
| Plaintiff/Petitioner/Movant ,    | Civil No. _____'08 CV 0748 IEG CAB_____             |
| v.                               | (TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)            |
| Defendant/Respondent ,           | MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS |

I, _____
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?         ☐ Yes ☐ No
    Do you receive any payment from the institution?    ☐ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance            ☐ Yes ☑ No
   d. Disability or workers compensation               ☐ Yes ☑ No
   e. Social Security, disability or other welfare     ☐ Yes ☑ No
   e. Gifts or inheritances                            ☑ Yes ☐ No
   f. Spousal or child support                         ☐ Yes ☐ No
   g. Any other sources                                ☑ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   _less than $100.00 BUT O JUST NEVER KNOW things can_
   _Be unexpected_

4. Do you have any checking account(s)? ☑ Yes ☑ No    Bank of California  maybe   I-2 MAYBE
   a. Name(s) and address(es) of bank(s): International Banking firm House of Rothschild
   b. Present balance in account(s): ?

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☑ Yes ☑ No
   a. Name(s) and address(es) of bank(s): Same above and Dow Jones Banks world Bank
   b. Present balance in account(s): ?

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make:            Year:            Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. MADDOX familys Rothschild family, Jones and mayor princess Jones family Payroll Rights since aug. 1998 till even NOW

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): NO I did have a stolen Identity Issues that has happen to me Before

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    I only have 7¢ on my account here at this Hospital

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-28-2008                           Allen David Saunder
DATE                                SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Allen David Saunder__,
(NAME OF INMATE)

__AT#057680-1__   __K-76351__,
(INMATE'S CDC NUMBER)

has the sum of $ __7¢__ on account to his/her credit at _____

__Wasco State prison__ RC. __Atascadero State Hospital__ wasco state prison NOW
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __Yes__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __500.00__,

and the *average monthly deposits* to the applicant's account was $ __100.00__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__3-28-08__
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

OFFICER'S FULL NAME (PRINTED)

OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _Allen David Saunders K-76351_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either • $350 (civil complaint) or • $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_Allen David Saunders_

DATE                    SIGNATURE OF PRISONER

Form 4.    Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for *Civil Suit*   District of *L.A. or San Diego*   *Senior Judge Jones*

A.B., Plaintiff

v.                              Case No.: _____

C.D., Defendant

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Allen David Saunder's* | Date: 3-28-08,  *date 4-15-08* |

My issues on appeal are:

(e)   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

- 1 -

3. List your spouse's employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other real estate | Value |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Motor Vehicle 1 | Value | Make & Year | Model | Registration # |
|---|---|---|---|---|
|  |  |  |  |  |

| Motor Vehicle 2 | Value | Make & Year | Model | Registration # |
|---|---|---|---|---|
|  |  |  |  |  |

- 3 -

| Other Assets | Value |
|---|---|
|  |  |
|  |  |
|  |  |

6. State every person, business, or organization owing you of your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  |  |  |
|  |  |  |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly are.

| | You $ | Your Spouse $ |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>• Are real estate taxes included?  Yes / No<br>• Is property insurance included?  Yes / No |  |  |
| Utilities (electricity, heating fuel, water, sewer and telephone) |  |  |
| Home maintenance (repairs & upkeep) |  |  |
| Food |  |  |
| Clothing |  |  |
| Laundry and dry-cleaning |  |  |
| Medical and dental expenses |  |  |
| Transportation (not including motor vehicle payments) |  |  |
| Recreation, entertainment, newspapers, magazines, etc. |  |  |

- 4 -

| | | |
|---|---|---|
| Insurance (not deducted from wages or included in Mortgage payments)<br>• Homeowner's or renter's<br>• Life<br>• Health<br>• Motor Vehicle<br>• Other:<br>_____ | | |
| Taxes (not deducted from wages or included in Mortgage payments)<br>(Specify: _____ ) | | |
| Installment payments<br>• Motor Vehicle<br>• Credit card (name):<br>• Department Store (name):<br>• Other:<br>_____ | | |
| Alimony, maintenance, and support paid to others | | |
| Regular expenses for operation of business, profession, or farm (attache detailed statement) | | |
| Other (specify):<br>_____ | | |
| **Total Monthly Expenses:** | | |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    _____ Yes        ____✓____ No

    If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?

    __Yes__ Yes        _____ No

    If yes, how much? $ a percentage of the lawsuit
    If yes, state the attorney's name, address, and telephone number.

    _____

    _____

    _____

- 5 -

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

_____ Yes     ___✓___ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number.

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

_____
_____
_____

13. State the address of your legal residence. Wasco State prison RC B4. B-6 cell # 114
~~Atascadero State Hospital for now or AD. Sg.~~
~~* 801 N. Vernon Dearborn, M.I. 48128~~
P.O. Box 7700 Delano, CA. 93280
801 N. Vernon Dearborn, M.I. 48128

Your daytime phone number: ~~(805)~~ 4682731

Your age: 32    Your years of schooling: about two years of College and academy

Your social security number: 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

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ 100.00 | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify) F? | $ | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

2. List your employment history, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

```
REPORT ID: TS3030  .701                                      REPORT DATE: 01/11/08
                                                             PAGE NO:            1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER : K76351                     BED/CELL NUMBER: FDB5T2000000214L
ACCOUNT NAME   : SAUNDER, ALLEN DAVID           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                 TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION        COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
-----   ----   -----------        -------    ---------   --------   -----------    -------

10/01/2007     BEGINNING BALANCE                                                      0.00

12/26  D320   TRUST FUNDS T 1661 CMC                       98.94                     98.94
       ACTIVITY FOR 2008
01/03  W531   DAMAGES - STR 1706 CMC                                    98.94         0.00
01/04*DD30    CASH DEPOSIT  1728 7205                      45.00                     45.00
01/04*DD30    CASH DEPOSIT  1728 7205                      11.25                     56.25
01/09*DD30    CASH DEPOSIT  1777 7215                      45.00                    101.25
01/11  W531   DAMAGES - STR 1800 CMC                                    81.06        20.19


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/20/99                    CASE NUMBER: F289807
COUNTY CODE: SLO                            FINE AMOUNT: $     800.00

   DATE       TRANS.     DESCRIPTION                     TRANS. AMT.    BALANCE
   ----       ------     -----------                     -----------    -------

10/01/2007    BEGINNING BALANCE                                          292.50

11/29/07      SU03       SYS UPDATE - POS                    30.00-     262.50
01/04/08      DR30       REST DED-CASH DEPOSIT               50.00-     212.50
01/04/08      DR30       REST DED-CASH DEPOSIT               12.50-     200.00
01/09/08      DR30       REST DED-CASH DEPOSIT               50.00-     150.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL          CURRENT        HOLDS         TRANSACTIONS
BALANCE         DEPOSITS      WITHDRAWALS    BALANCE        BALANCE       TO BE POSTED
---------       --------      -----------    -------        -------       ------------

  0.00           200.19         180.00        20.19          0.00             0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               20.19
```