AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Allen David Saunder, CDC #K-76351

V.

Dr. Dietch

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv748-IEG(CAB)

FILED
MAY -5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 USC 1915(e)(2)(B)(i). Further leave to amend is **DENIED** as futile, because it does not appear "at all possible that the plaintiff can correct the defects" of his pleading. Plaintiff's Motion to Proceed Informa Pauperis is **DENIED** as moot. Case is closed..............................................................................................................................

| May 5, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam |
| | (By) Deputy Clerk |
| | ENTERED ON May 5, 2008 |

08cv748-IEG(CAB)